No. 88–1549. MENKE v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–1550. MISSOURI PACIFIC RAILROAD CO. v. MACKEY, EXECUTRIX OF THE ESTATE OF MACKEY. Sup. Ct. Ark. Certiorari denied.

No. 88–1554. DAVIS v. HIMMELFARB ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1555. STEELCASE INC. v. HAWORTH, INC. C. A. Fed. Cir. Certiorari denied.

No. 88–1557. HILLVIEW ESTATES, LTD. v. MO-CON VENTURES, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–1558. ARAGON, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GONZALES v. ARMENTA. Sup. Ct. N. M. Certiorari denied.

No. 88–1559. GLENPOOL UTILITY SERVICES AUTHORITY v. CREEK COUNTY RURAL WATER DISTRICT NO. 2 ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–1560. CHRISTIE v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 88–1562. HOLLISTER INC. v. KINGSDOWN MEDICAL CONSULTANTS, LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1565. LEEMIS v. HOSPITAL CORPORATION OF AMERICA. C. A. 6th Cir. Certiorari denied.

No. 88–1568. DANA CORP. v. IPC LIMITED PARTNERSHIP ET AL. C. A. Fed. Cir. Certiorari denied.

No. 88–1570. WASHINGTON ET UX. v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF LAPORTE COUNTY, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–1572. CLARK v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 88–1573. ALONSO ET AL. v. LEO'S QUALITY FOODS ET AL. C. A. 9th Cir. Certiorari denied.